UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AGUSTIN GUTIERREZ VALENCIA,

    Defendant.

Case No. CR22-151 LK

DETENTION ORDER

Mr. Gutierrez Valencia is charged with conspiracy to distribute a controlled substance, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and § 846. The Court held a detention hearing on October 20, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Gutierrez Valencia stipulated to detention.

3. Mr. Gutierrez Valencia poses a risk of nonappearance due to ties to a foreign country. Mr. Gutierrez Valencia poses a risk of danger due to the nature of the offense and his criminal record, including a prior conviction in this district for a similar offense, and possession of firearms.

DETENTION ORDER - 1

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Gutierrez Valencia's appearance at future court hearings while addressing the danger to other persons or the community.

5. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Gutierrez Valencia as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Gutierrez Valencia shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Gutierrez Valencia shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Gutierrez Valencia is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

//

//

DETENTION ORDER - 2

Dated this 20th day of October, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3